AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:10-mj-985-GWF |
| | ) | |
| TYLER JAY SKELTON | ) | |
| *Defendant* | ) | |

U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILE — AFTER HOURS
NOV 30
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT<br>333 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101 | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Wednesday, December 1, 2010, 1:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 30, 2010

*Judge's signature*

GEORGE FOLEY, JR., U.S. MAGISTRATE JUDGE

*Printed name and title*